Submitted on record and briefs January 4, reversed and remanded for reconsideration March 5, 2008

DENNIS LEROY GORDON,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A129391

179 P3d 750

Dennis Leroy Gordon filed the briefs *pro se*.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erin C. Lagesen, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Gordon v. Board of Parole*, 343 Or 618, 175 P3d 461 (2007).